UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   6/2/26

BERNIS SAENZ,

                    Plaintiff,

                -against-

LA MORADA RESTAURANT LLC, *d/b/a La Masa Restaurant*, JOSWART MONTALVAN, and DIANI DOE,

                    Defendants.

1:24-cv-9505-MKV

ORDER DENYING MOTION
FOR DEFAULT JUDGMENT
WITHOUT PREJUDICE AND
DISMISSING CASE AS TO
DEFENDANTS JORSWAR
MONTALVO AND DIANI DOE

MARY KAY VYSKOCIL, United States District Judge:

On May 29, 2026, the Court held a hearing on Plaintiff's motion for a default judgment [ECF Nos. 35–38]. As stated on the record at the hearing, IT IS HEREBY ORDERED that Plaintiff's case against Defendants Jorswar Montalvo and Diani Doe is DISMISSED. Plaintiff has never filed proof of service of his pleadings on Jorswar Montalvo and Diani Doe [*see* ECF Nos. 20, 25]. Moreover, Plaintiff has failed to take any action whatsoever to prosecute his case against these individuals, despite the Court previously issuing an Order To Show Cause why this case should not be dismissed for failure to prosecute and multiple other warnings about the possibility of dismissal [ECF Nos. 21 (warning Plaintiff about "dismissal for failure to prosecute"), 33 ("Plaintiff and counsel are . . . on notice that the Court is inclined to impose a sanction because this case has already been languishing for nearly a year, and the Court has already issued a warning about the potential for dismissal for failure to prosecute"), 41, 43].

IT IS FURTHER ORDERED that, as stated on the record at the hearing, Plaintiff's motion for a default judgment against Defendant La Masa Corp. is DENIED without prejudice to renewal after diligent efforts to give the entity actual notice of this lawsuit and the motion for a default judgment. *See City of New York v. Mickalis Pawn Shop, LLC*, 645 F.3d 114, 129 (2d Cir. 2011)

(explaining that the Second Circuit has "a strong preference for resolving disputes on the merits"). Plaintiff shall file any renewed motion by June 29, 2026.

**The parties are on notice that failure to comply with court orders, the Federal Rules of Civil Procedure, the Local Rules, and this Court's Individual Rules of Practice may result in sanctions, including: monetary penalties on counsel and the parties; preclusion of claims, defenses, evidence, and motion practice; and the case-terminating sanctions of dismissal and default judgment.**

The Clerk of Court respectfully is requested to terminate the motion at ECF No. 35 and to terminate the case against Defendants Jorswar Montalvo and Diani Doe.

**SO ORDERED.**

Date:  **June 2, 2026**
     **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**